# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-0796 JEM | Date | May 24, 2017 |
|---|---|---|---|
| Title | United African-Asian Abilities Club et al v. Palm Equity, LLC et al | | |

Present: The Honorable **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE**

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:** (In Chambers) ORDER RE VOLUNTARY DISMISSAL (Docket No. 13)

The Court is in receipt of the Notice of Voluntary Dismissal filed by Plaintiff. The Court orders this case dismissed with prejudice.

_____ : _____
Initials of Preparer            sa